UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 1, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　v.

JACOB KOCH,

　　　　Defendant.

Case No. 2:22-mj-00103-DB-2

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JACOB KOCH</u>, Case No. <u>2:22-mj-00103-DB-2</u> Charge <u>21 U.S.C. § 846</u>, from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ **$10,000 unsecured bond, co-signed by Gina Ronzone and Sally Ronzone**

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other):

Issued at Sacramento, California, at　2:57　PM

Dated: July 1, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE